# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
04/14/2023
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:23-M -00201(1) |
|  | § |
| (1) Isaias Contreras-Moreno | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 12, 2023** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, CONTRERAS-MORENO, ISAIAS attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title **8** United States Code, Section(s) **1326(a) and (b)(2)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Isaias  CONTRERAS-Moreno, was arrested by ALPINE Border Patrol Agents, on April 12, 2023, for being an illegal alien present in*

**Continued on the attached sheet and made a part of hereof.**

/s/ Edzavier Reese
Signature of Complainant
Border Patrol Agent

April 14, 2023                                                  at   PECOS, Texas
Date                                                                          City and State

Complaint sworn to in my presence and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:23-M -00201(1)

WESTERN DISTRICT OF TEXAS

(1) Isaias Contreras-Moreno

FACTS   (CONTINUED)

the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 01/23/2014 through Laredo, TX.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
CONTRERAS-MORENO, ISAIAS has been deported 1 time, being to MEXICO on January 23, 2014, through LAREDO, TX

CRIMINAL HISTORY:
02/04/2008, FORT WORTH, TX, ATTEMPT TO COMMIT ASSULT CAUSING BODILY INJURY(M), CNV, FINED.
05/15/2008, FORT WORTH, TX, DRIVING WHILE INTOXICATED(M), CNV, 40 Days Confinement, Fined.
05/29/2012, FORT WORTH, TX, AGG ASSLT W/DEADLY WEAPON(F), CNV, 2 Years Confinement.